Adel Kanter, appellee, v. Benjamin I. Morris, appellant. Gen. No. 25,624.

Action on note against indorser. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920. Rehearing denied and opinion modified December 13, 1920.

Kuekberg & Burr and Julius M. Lorenz, for appellant. T. F. Monahan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Walter Knowles, plaintiff in error. Gen. No. 25,804.

Conviction on charge of violation of section 270, ch. 38, Hurd's Rev. St. 1917, p. 1011. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed November 30, 1920.

A. L. Gettys and Frank Farnum, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

Albert B. Yudelson, complainant, v. Delson Knitting Mills et al., defendants.

Alexander C. Delson, appellee, v. Albert B. Yudelson and Helen M. Freund, appellants. Gen. No. 26,313.

Bill by a stockholder for an accounting. Cross-bill for an injunction restraining disposition of shares of stock. Decree on cross-bill. Interlocutory appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court. Reversed. Opinion filed November 30, 1920.

Sonnenschein, Berkson, Lautmann & Levinson, for appellants. Cutting, Moore & Sidley, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Edward Wood, appellee, v. Emery Motor Livery Company, appellant. Gen. No. 25,421.

Action to recover for personal injuries caused by collision between two automobiles. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

John A. Bloomingston, for appellant. Elmer W. Arch, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.